FILED
July 29, 2021
At: 1:47 p.m.
William T. Walsh
Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: PRISONER PRODUCTION AND TRANSPORTATION DURING PHASE IV OF THE COURT'S COVID-19 RECOVERY PLAN | : : MISC. ORDER NO. 21-108 (FLW) : : |

WHEREAS, on May 19, 2021, the United States District Court for the District of New Jersey entered Phase IV of the COVID-19 Recovery Plan, pursuant to which in-person criminal proceedings, including suppression, evidentiary, sentencing and other non-jury hearings, resumed on a limited basis; and

WHEREAS, as of June 1, 2021, criminal jury trials within the United States District Court for the District of New Jersey have resumed; and

WHEREAS, I find that in light of the above, there is a need for the United States Attorney's Office and/or partner law enforcement agencies (the "Government") to resume meetings with incarcerated defendants to obtain evidence and testimony in connection with the above proceedings, which meetings will assist in reducing the current backlog of cases in the United States District Court for the District of New Jersey and will otherwise further the cause of justice.

Therefore, it is hereby ORDERED that, based on the interests of justice, in-person meetings between the Government and incarcerated defendants may resume in the physical office space of the U.S. Attorney's Office and other law enforcement facilities designated by the U.S. Attorney's Office as of the date of this Order, provided that all applicable COVID-19 safety protocols can be observed; and it is further

ORDERED that the United States Marshals Service and, if applicable, the Bureau of Prisons, shall — when requested to do so by the United States Attorney's Office using the procedures authorized prior to the COVID-19 pandemic — effectuate the transfer of incarcerated defendants in order to facilitate in-person meetings with the Government; and it is further

ORDERED that the United States Marshals Service and, if applicable, the Bureau of Prisons, shall take steps necessary to comply with any order authorizing the transfer of incarcerated defendants to the temporary custody of federal law enforcement officers to be transported to the United States Attorney's Office in Newark, Trenton, or Camden, or any other law enforcement facility designated by the Government, for the purpose of in-person meetings with the Government; and it is further

ORDERED that, in complying with this Order, all involved parties shall comply with all currently applicable COVID-19 safety protocols during such in-person meetings and while transporting incarcerated defendants, which may limit the number of defendants who can be produced on the same day.

DATED: July 29, 2021

                                                    Hon. Freda L. Wolfson  
                                                  U.S. Chief District Judge  
                                                  District of New Jersey